**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JORDAN A. FINFER, )<br><br>        Plaintiff, )<br><br>        v. )<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., )<br>TRANS UNION LLC, and AMERICAN HONDA )<br>FINANCE CORP., )<br><br>        Defendants. ) | Case No: 1:20-cv-02773<br><br>Judge: Virginia M. Kendall<br><br>Magistrate Judge: Sunil R. Harjani |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**BETWEEN PLAINTIFF AND DEFENDANTS EXPERIAN**
**INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC**

Plaintiff Jordan A. Finfer ("Plaintiff"), by counsel, and defendants Experian Information Solutions, Inc. ("Experian") and Trans Union LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian and Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: September 7, 2020

/s/ James M. Smith
James M. Smith
Richard J. Doherty
**Doherty Smith, LLC**
9501 W. 144th Place, Suite 101
Orland Park, IL 60462
Phone: (866) 825-6787
Email: jsmith@dohertysmith.com
      rdoherty@dohertysmith.com

*Counsel for Jordan A. Finfer*

Date:  September 7, 2020

/s/ Taylor M. Grode (with consent)
Taylor M. Grode (6329749)
tgrode@jonesday.com
JONES DAY
77 West Wacker
Suite 3500
Chicago, IL 60601-1692
Phone: (312) 782-3939
Fax: (312) 782-8585

*Counsel for Defendant Experian*
*Information Solutions, Inc.*

Date:  September 7, 2020

/s/ Scott E. Brady (with consent)
Scott E. Brady (3053449)
sbrady@schuckitlaw.com
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Phone: (317) 363-2400

*Counsel for Defendant Trans Union, LLC*