**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Jordan A. Finfer
                              Plaintiff,

v.                                         Case No.: 1:20−cv−02773
                                                      Honorable Virginia M. Kendall

American Honda Finance Corp., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 8, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Stipulation of Dismissal [38]. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.